# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Michael R. | U.S. District Court | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Potter Stewart US Courthouse
100 East 5th Street, Room 239
Cincinnati, Ohio 45202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Old Walnut Company |
| 2. | Member | Grandin View LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | University of Cincinnati - teaching stipend |
| 2. | 2018 | Spectrum - interview stipend |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | US Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Old Walnut Co. (Partnership) | A | Dividend | L | U | | | | | |
| 2. Grandin View LLC | G | Distribution | N | U | | | | | |
| 3. Procter & Gamble (common stock) | C | Dividend | L | T | | | | | |
| 4. Convergys Corp. (common stock) | | None | L | T | | | | | |
| 5. J.M. Smucker (Common stock) | A | Dividend | J | T | | | | | |
| 6. IRA#1 (H) | | | | | | | | | |
| 7. First American Treasury (cash account) (FOCXX) | B | Interest | M | T | | | | | |
| 8. Am. Century Sm. Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 9. Am. Century Equity Income (ACIIX) | B | Dividend | K | T | | | | | |
| 10. Blackrock Basic Value Fund Inc. (MABAX) | D | Dividend | K | T | | | | | |
| 11. Fidelity Investment Tr. Ad Intl Discovery (FIADX) | B | Dividend | K | T | | | | | |
| 12. Ipath Dow Jones UBS (DJP) | | None | J | T | | | | | |
| 13. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | J | T | | | | | |
| 14. Nuveen Core Bond Fd (FFIIX) | B | Dividend | K | T | | | | | |
| 15. Nuveen Dividend Value Fd (FAQIX) | B | Dividend | J | T | | | | | |
| 16. Nuveen Mid Cap Growth (FISGX) | A | Dividend | J | T | | | | | |
| 17. Nuveen Mid Cap Value (FSEIX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Real Estate Secs. Fund (FARCX) | B | Dividend | K | T | | | | | |
| 19. Nuveen Small Cap Select (ARSTX) | A | Dividend | J | T | | | | | |
| 20. Nuveen Small Cap Value (FSCCX) | A | Dividend | J | T | | | | | |
| 21. Laudus Intl Marketmasters (SWMIX) | B | Dividend | J | T | | | | | |
| 22. T. Rowe Price Mid Cap Value (TRMCX) | B | Dividend | K | T | | | | | |
| 23. T. Rowe Price Value Fund (TRVLX) | D | Dividend | K | T | | | | | |
| 24. T. Rowe Price Equity (PRFDX) | B | Dividend | K | T | | | | | |
| 25. Technology Select Sector SPDR (XLK) | A | Dividend | K | T | | | | | |
| 26. Michael R. Barrett Foundation (H) | | | | | | | | | |
| 27. Procter & Gamble (PG) | B | Dividend | K | T | | | | | |
| 28. Brokerage Account (H) | | | | | | | | | |
| 29. First American Treasury (Cash) (FOCXX) | E | Int./Div. | P1 | T | | | | | |
| 30. Abbott Labs (ABT) | B | Dividend | M | T | | | | | |
| 31. Abbvie Inc. (ABBV) | D | Dividend | M | T | | | | | |
| 32. Capital One Financial Corp (COF) | A | Dividend | K | T | | | | | |
| 33. IShares Russell Midcap Index (IWR) | A | Dividend | J | T | | | | | |
| 34. IShares Russell 2000 Index (IWM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Select Dividend ETF (DVY) | A | Dividend | J | T | | | | | |
| 36. Nuveen Mid Cap Value (FSEIX) | A | Dividend | J | T | | | | | |
| 37. Procter & Gamble (PG) | D | Dividend | N | T | | | | | |
| 38. T. Rowe Price Value (TRVLX) | B | Dividend | K | T | | | | | |
| 39. Fidelity Invt Trad Intl Disci (FIADX) | A | Dividend | J | T | | | | | |
| 40. Laudus Int'l Marketmasters Fd Select (SWMIX) | A | Dividend | J | T | | | | | |
| 41. U.S Treaasury Note (912828F62) | B | Interest | M | T | Buy | 10/29/18 | M | | |
| 42. Nuveen Core Plus Bond (FFIIX) | A | Dividend | J | T | | | | | |
| 43. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | J | T | | | | | |
| 44. Vanguard Reit Etf (VNQ) | B | Dividend | K | T | | | | | |
| 45. Trust # 1 (H) | | | | | | | | | |
| 46. Wilmington Trust Bank Deposit (cash) | A | Interest | K | T | | | | | |
| 47. Wilmington US Government Money Market Fund (AKGXX) (Y) | | | | | | | | | |
| 48. Harbor Large Cap Value Fund (HNLVX) | A | Dividend | K | T | Buy | 08/02/18 | K | | |
| 49. IShares Edge MSCI Min Vol USA ETF (USMV) | A | Dividend | K | T | Buy | 08/03/18 | K | | |
| 50. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 51. IShares Edge MSCI USA QLTY Factor ETF (QUAL) | A | Dividend | K | T | Buy | 12/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/18/18 | K | | |
| 53. IShares Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Sold (part) | 01/18/18 | J | | |
| 54. | | | | | Sold (part) | 01/19/18 | J | | |
| 55. | | | | | Buy (add'l) | 07/06/18 | K | | |
| 56. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 57. | | | | | Sold (part) | 12/06/18 | K | C | |
| 58. | | | | | Sold (part) | 12/18/18 | K | B | |
| 59. LSV Value Equity FD STRAT (LSVEX) | B | Dividend | K | T | Buy (add'l) | 01/17/18 | K | | |
| 60. | | | | | Sold (part) | 01/18/18 | J | | |
| 61. | | | | | Sold (part) | 08/02/18 | J | | |
| 62. | | | | | Sold (part) | 08/31/18 | J | | |
| 63. Wilmington Large Cap Strategy Fund (WMLIX) | D | Dividend | L | T | Sold (part) | 01/17/18 | J | | |
| 64. | | | | | Sold (part) | 01/18/18 | J | | |
| 65. IShares S&P Small-Cap 600 Growth ETF (IJT) | A | Dividend | K | T | Buy | 01/18/18 | K | | |
| 66. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 67. Meridian Sm-Cap Growth (MSGRX) | C | Dividend | K | T | Sold (part) | 01/17/18 | J | | |
| 68. | | | | | Sold (part) | 01/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/29/18 | J | | |
| 70. Nuveen Small Cap Value Fund (FSCCX) | A | Dividend | K | T | Buy | 03/29/18 | K | | |
| 71. | | | | | Buy (add'l) | 04/02/18 | K | | |
| 72. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 73. | | | | | Sold (part) | 08/31/18 | J | | |
| 74. Vanguard FTSE DEV. Market (VEA) | C | Dividend | L | T | Buy (add'l) | 01/18/18 | K | | |
| 75. | | | | | Sold (part) | 01/19/18 | J | | |
| 76. | | | | | Sold (part) | 06/08/18 | J | | |
| 77. | | | | | Sold (part) | 12/18/18 | J | A | |
| 78. IShares Russell 1000 Value ETF (IWD) | A | Dividend | | | Sold | 07/06/18 | K | | |
| 79. IShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | Sold (part) | 01/18/18 | J | | |
| 80. | | | | | Sold (part) | 01/19/18 | J | | |
| 81. | | | | | Sold (part) | 06/08/18 | J | | |
| 82. Vanguard Int Trm Bond ETF (BIV) | B | Dividend | N | T | Buy | 12/11/18 | N | | |
| 83. Fidelity Focused High Income (FHIFX) | B | Dividend | K | T | | | | | |
| 84. Vanguard Intermediate-Term Tax Exempt FD (VWIUX) | A | Dividend | J | T | | | | | |
| 85. Wilmington Municipal Bond Fund (WTAIX) | D | Dividend | | | Sold | 12/11/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares Tips Bond ETF (TIP) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | | |
| 87. IShares Cohen & Steers REIT ETF (ICF) | A | Dividend | J | T | Buy (add'l) | 01/18/18 | K | | |
| 88. Spdr Dow Jones Int'l Real Estate ETF (RWX) | B | Dividend | K | T | Sold (part) | 01/18/18 | J | | |
| 89. | | | | | Sold (part) | 01/19/18 | J | | |
| 90. IShares Russell 2000 ETF (IWM) | A | Dividend | | | Sold | 03/29/18 | J | | |
| 91. JP Morgan Chase & Co. US Small Co Fund (JUSSX) | | None | | | Sold | 01/17/18 | K | | |
| 92. T. Rowe Price Dividend Growth Fund (PDGIX) | A | Dividend | | | Sold (part) | 01/17/18 | K | | |
| 93. | | | | | Sold (part) | 01/18/18 | J | | |
| 94. | | | | | Sold | 08/02/18 | K | | |
| 95. Victory Integrity SM-Cap Value Fund (VSVIX) | | None | | | Sold | 03/29/18 | J | | |
| 96. Trust #2 (H) | | | | | | | | | |
| 97. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 98. Morgan Stanley Private Bank NA (cash) (X) | A | Interest | M | T | | | | | |
| 99. AB Flexfee Large Cap GW PTF Adv (FFLYX) | | None | | | Buy | 07/02/18 | J | | |
| 100. | | | | | Sold | 10/01/18 | J | A | |
| 101. AB Global Bond ADV (ANAYX) | A | Dividend | | | Sold | 04/12/18 | J | | |
| 102. AC Alternatives Inc I (ALNIX) | A | Dividend | L | T | Buy | 10/01/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 104. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 105.  Alger Small Cap Foucs Z (AGOZX) | | None | | | Sold | 04/12/18 | J | A | |
| 106.  Am Century Diversified Bond I (ACBPX) | A | Dividend | K | T | Buy (add'l) | 04/12/18 | J | | |
| 107. | | | | | Sold (part) | 10/01/18 | J | | |
| 108. | | | | | Buy (add'l) | 11/05/18 | K | | |
| 109.  Am Century Emerging Markets I | A | Dividend | | | Sold (part) | 04/12/18 | J | A | |
| 110. | | | | | Sold | 10/01/18 | J | | |
| 111.  Blackrock Multi-Asset Inc (BIICX) | A | Dividend | K | T | Buy (add'l) | 04/12/18 | J | | |
| 112. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 113. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 114. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 115.  Chevron Corp (CVX) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 116. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 117. | | | | | Sold (part) | 12/10/18 | J | | |
| 118.  Chiron Capital Alloc Inst | A | Dividend | K | T | Buy (add'l) | 04/12/18 | J | | |
| 119. | | | | | Buy (add'l) | 10/01/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 121. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 122. Chubb LTD (CB) | | None | J | T | Buy | 10/01/18 | J | | |
| 123. | | | | | Sold (part) | 12/10/18 | J | | |
| 124. Clearbridge Large Cap Growth (SBLYX) | | None | | | Sold (part) | 04/12/18 | J | A | |
| 125. | | | | | Sold | 07/02/18 | J | B | |
| 126. Colgate Palmolive Co (CL) | | None | J | T | Buy | 11/05/18 | J | | |
| 127. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 128. | | | | | Sold (part) | 12/10/18 | J | A | |
| 129. Destra Flaherty & Crumrine Preferred and Income Fund Class I (DPIIX) | A | Dividend | K | T | Buy | 11/05/18 | J | | |
| 130. | | | | | Buy (add'l) | 12/03/18 | K | | |
| 131. DowDupont (DWDP) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 132. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 133. | | | | | Sold (part) | 12/10/18 | J | | |
| 134. Dreyfus Global EQU INC (DQEIX) | B | Dividend | K | T | Sold (part) | 04/12/18 | J | A | |
| 135. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 136. | | | | | Buy (add'l) | 11/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 138. Dreyfus Standish Global Fix (SDGIX) | A | Dividend | | | Sold | 04/12/18 | J | A | |
| 139. E V Global Macro ABS Ret Adv I (EGRIX) | | None | | | Buy | 04/12/18 | J | | |
| 140. | | | | | Sold | 09/10/18 | J | | |
| 141. Federated Int'l Leaders (FGFIX) | | None | | | Sold (part) | 04/12/18 | J | A | |
| 142. | | | | | Sold | 10/01/18 | J | A | |
| 143. First Trust Exchange Traded Fund VI (TDIV) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 145. First Trust Valu.LN Div Index (FVD) | A | Dividend | K | T | Buy | 10/01/18 | J | | |
| 146. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 147. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 148. FT Enhanced Short Maturity ETF (FTSM) | B | Dividend | N | T | Buy | 10/01/18 | N | | |
| 149. First Trust Moringstar Div. (FDL) | A | Dividend | | | Sold (part) | 04/12/18 | J | A | |
| 150. | | | | | Sold | 10/01/18 | J | A | |
| 151. First Trust Dorsey Wright FO (FV) | A | Dividend | | | Buy (add'l) | 04/12/18 | J | | |
| 152. | | | | | Sold | 10/01/18 | J | A | |
| 153. First Trust Small Cap ETF (FYX) | A | Dividend | | | Sold (part) | 04/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/01/18 | J | B | |
| 155. Goldman Sachs Access TRE 0-1 Y (GBIL) | | None | J | T | Buy | 12/10/18 | J | | |
| 156. Goldman Sachs US Eq Dv Prem I (GSPKX) | B | Dividend | K | T | Buy | 04/12/18 | J | | |
| 157. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 158. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 159. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 160. Honeywell International Inc (HON) | A | Dividend | | | Buy | 11/05/18 | J | | |
| 161. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 162. | | | | | Sold | 12/07/18 | J | | |
| 163. Intl Business Machines Corp (IBM) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 164. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 165. | | | | | Sold (part) | 12/10/18 | J | | |
| 166. Invesco Diversified Div (LCEYX) | A | Dividend | | | Sold | 03/26/18 | J | A | |
| 167. IShares 7-10 Yr Treasury Bond ETF (IEF) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 168. IShares Barclay 1-3 Yr TSY Bd (SHY) | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 169. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 170. | | | | | Buy (add'l) | 11/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IShares Core Dividend Growth (DGRO) | A | Dividend | K | T | Buy | 10/01/18 | J | | |
| 172. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 173. IShares Global Energy ETF (IXC) | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 174. IShares S&P Midcap 400 Index (IJH) | A | Dividend | | | Sold | 10/01/18 | J | A | |
| 175. IShares S&P Small Cap 600 Index (IJR) | A | Dividend | | | Sold (part) | 04/12/18 | J | A | |
| 176. | | | | | Sold | 10/01/18 | J | A | |
| 177. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 178. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 179. | | | | | Sold (part) | 12/10/18 | J | A | |
| 180. JPMorgan Chase & Co (JPM) | | None | J | T | Buy | 11/05/18 | J | | |
| 181. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 182. | | | | | Sold (part) | 12/10/18 | J | | |
| 183. Kraft Heinz Co (KHC) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 184. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 185. | | | | | Sold (part) | 12/10/18 | J | | |
| 186. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 187. | | | | | Buy (add'l) | 12/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/10/18 | J | | |
| 189. Lord Abbett Intl Opportunity F (LINFX) | C | Dividend | K | T | Buy | 10/01/18 | K | | |
| 190. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 191. Lowes Companies Inc (LOW) | | None | J | T | Buy | 11/05/18 | J | | |
| 192. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 193. | | | | | Sold (part) | 12/10/18 | J | | |
| 194. Mai Managed Volatility Instl (MAIPX) | A | Dividend | K | T | Buy | 09/10/18 | J | | |
| 195. | | | | | Sold | 10/01/18 | J | A | |
| 196. | | | | | Buy | 11/05/18 | J | | |
| 197. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 198. MFS Global Equity (MWEIX) | | None | | | Sold | 03/22/18 | J | A | |
| 199. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 200. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 201. | | | | | Sold (part) | 12/10/18 | J | | |
| 202. Nextera Energy Inc (NEE) | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 203. | | | | | Sold (part) | 12/10/18 | J | A | |
| 204. Nuveen Real Asset Income (NRIIX) | A | Dividend | K | T | Buy (add'l) | 04/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 206. | | | | | Buy (add'l) | 11/05/18 | K | | |
| 207. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 208. Nuveen Santa Barbara Div GR I (NSBRX) | A | Dividend | | | Buy | 03/26/18 | J | | |
| 209. | | | | | Sold (part) | 04/12/18 | J | A | |
| 210. | | | | | Sold (part) | 10/01/18 | J | A | |
| 211. | | | | | Sold | 11/05/18 | J | | |
| 212. Occidental Petroleum Corp DE (OXY) | | None | J | T | Buy | 11/05/18 | J | | |
| 213. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 214. | | | | | Sold (part) | 12/10/18 | J | | |
| 215. Oppenheimer Fundamental ALT Y (OOPYX) | | None | | | Buy (add'l) | 04/12/18 | J | | |
| 216. | | | | | Sold | 10/01/18 | J | A | |
| 217. Oppenheimer S&P Financials R (RWW) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 218. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 219. Pfizer Inc (PFE) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 220. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 221. | | | | | Sold (part) | 12/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Philip Morris Intl Inc (PM) | | None | J | T | Buy | 11/05/18 | J | | |
| 223. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 224. | | | | | Sold (part) | 12/10/18 | J | | |
| 225. Pimco Income 12 (PONPX) | A | Dividend | L | T | Buy | 10/01/18 | L | | |
| 226. Pimco Low Duration Inc 12 (PFTPX) (X) | A | Dividend | K | T | Buy (add'l) | 04/12/18 | J | | |
| 227. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 228. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 229. | | | | | Buy (add'l) | 12/03/18 | K | | |
| 230. PGIM Jennison Glb Opp Z (PRJZX) | A | Dividend | | | Buy | 03/22/18 | J | | |
| 231. | | | | | Sold (part) | 04/12/18 | J | A | |
| 232. | | | | | Sold | 10/01/18 | J | A | |
| 233. Sempra Energy (SRE) | | None | J | T | Buy | 11/05/18 | J | | |
| 234. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 235. | | | | | Sold (part) | 12/10/18 | J | A | |
| 236. Verizon Communications (VZ) | | None | J | T | Buy | 11/05/18 | J | | |
| 237. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 238. | | | | | Sold (part) | 12/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Walmart Inc (WMT) | | None | J | T | Buy | 11/05/18 | J | | |
| 240. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 241. | | | | | Sold (part) | 12/10/18 | J | | |
| 242. Wells Fargo & Co New (WFC) | A | Dividend | K | T | Buy | 10/01/18 | K | | |
| 243. | | | | | Sold (part) | 12/10/18 | J | | |
| 244. Vanguard 500 Index Admiral Shares (X) | | None | | | Sold | 09/12/18 | O | F | |
| 245. Vanguarg Intl Growth Admiral Shares (X) | | None | | | Sold | 09/12/18 | L | | |
| 246. Vanguard Target Retirement Investment 2020 (X) | | None | | | Sold | 09/12/18 | N | D | |
| 247. Vanguard Total Bond Market Index Admiral Shares (X) | A | Dividend | | | Sold | 09/12/18 | M | | |
| 248. Vanguard Wellington Admiral Shares (X) | | None | | | Sold | 09/12/18 | N | E | |
| 249. Trust #3 (H) | | | | | | | | | |
| 250. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 251. Am. Century Eqi Inc. Int. (ACIIX) | D | Dividend | M | T | | | | | |
| 252. Am New Perspective F2 (ANWFX) | D | Dividend | L | T | | | | | |
| 253. Exxon Mobile Corp (XOM) | A | Dividend | J | T | | | | | |
| 254. Ill Tool Works Inc (ITW) | A | Dividend | K | T | | | | | |
| 255. IShares IBonds Sep 2018 Muni (IBMG) | A | Dividend | | | Redeemed | 09/10/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. IShares IBonds Sep 2019 Muni (IBMH) | A | Dividend | K | T | | | | | |
| 257. IShares IBonds Sep 2020 Muni (IBMI) | A | Dividend | K | T | | | | | |
| 258. IShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 259. Invesco LTD Term Muni Inc Y (ATFYX) | C | Dividend | | | Sold | 09/12/18 | M | | |
| 260. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 261. McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 262. OPI Steelpath MLP Select 40 Y (MLPTX) | B | Dividend | J | T | | | | | |
| 263. Neuberger Berman Lg SH Inst (NLSIX) | C | Dividend | L | T | | | | | |
| 264. Nuveen All-American Muni Bd I (FAARX) | B | Dividend | M | T | Buy | 09/12/18 | M | | |
| 265. Nuveen Global Infrastructure (FGIYX) | B | Dividend | K | T | | | | | |
| 266. Nuveen HI YLD Muni BD I (NHMRX) | D | Dividend | L | T | Sold (part) | 08/27/18 | K | B | |
| 267. Nuveen Real Estate Sec FD | C | Dividend | K | T | | | | | |
| 268. Nuveen Sh Dur High Yield Muni Bond (NVHIX) | C | Dividend | M | T | | | | | |
| 269. Oppenheimer Cap Income Y (OCIYX) | B | Dividend | K | T | | | | | |
| 270. Procter & Gamble (PG) | A | Dividend | K | T | | | | | |
| 271. T Rowe Price Growth Stock Adv (PRGFX) | D | Dividend | L | T | | | | | |
| 272. T Rowe Price MidCap Gr Adv (RPMGX) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 20 of 22

**Name of Person Reporting**

Barrett, Michael R.

**Date of Report**

05/07/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. T Rowe Price Mid Cap (TRMCX) | D | Dividend | L | T | | | | | |
| 274. The Technology Sel Sec Spdr Fd (XLK) | A | Dividend | K | T | | | | | |
| 275. United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 276. Vanguard 500 Indx Admiral (VFIAX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1 and 2: The holdings of these real estate companies are operational in nature; other investments of the companies, if any, are beyond the scope of the filer's knowledge.

Part VII, lines 1 and 2: Filer's interest is 1/6.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Michael R. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544